*tin Johnson,* for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondents.

M. P. No. 1272. IN RE REBELLO. Petition for writ of certiorari denied. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, for respondent.

M. P. No. 1274. DAVID C. MONTEIRO *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus granted. Application for admission to bail is denied. *Alton W. Wiley,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1278. STATE *v.* RONALD J. CARROLL. Petition for writ of habeas corpus denied. *Richard J. Israel,* Attorney General, for plaintiff. *Berge Gregian,* for defendant.

M. P. No. 1290. STEPHEN A. HAZARD *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, the answer to be in compliance with Provisional Order No. 7. *Stephen A. Hazard,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1301. ROBERT J. WELCH *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, the answer to be in compliance with Provisional Order No. 7. *Robert J. Welch,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1303. IN RE ARAM K. BERBERIAN. Petition for disapproval of ruling of District Court requiring cash bail on appeal to Superior Court by persons charged with violation of motor vehicle laws is denied as not raising a justiciable issue *Aram K. Berberian,* petitioner, pro se.